

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ANSELMA HONESTO, | § | No. 08-24-00132-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 109th District Court |
| | § | |
| THE STATE OF TEXAS, | § | of Andrews County, Texas |
| | § | |
| Appellee. | § | (TC# 8270) |
| | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED this 30th day of May 2025.


GINA M. PALAFOX, Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.